UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DUSTIN R. JACOBSEN**                                        CIVIL ACTION

**VERSUS**                                                    No. 15-5032

**HOBNOBBER'S VARIETY BAR, INC. ET AL.**                      SECTION I

## ORDER

Considering the joint motion[1] for a dismissal with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**. All claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, August 10, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 40.