UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DUSTIN R. JACOBSEN**                                     **CIVIL ACTION**

**VERSUS**                                                 **No. 15-5032**

**HOBNOBBER'S VARIETY BAR, INC. ET AL.**                   **SECTION I**

## ORDER

Considering the joint motion[1] for a dismissal with prejudice,

**IT IS ORDERED** that the motion is **DENIED AS MOOT**. All claims in this action were already dismissed with prejudice.[2]

New Orleans, Louisiana, September 1, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 42.
[2] R. Doc. No. 41.